R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang  CA Bar No. 223,455
dang@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

Attorneys for Plaintiff/Counter-Defendant,
HOMELAND HOUSEWARES, LLC

James C. Potepan (SBN 107370)
jpotepan@rmkb.com
James C. Hildebrand (SBN 150319)
jhildebrand@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: 213-312-2000
Facsimile: 213-312-2001

Angelo Notaro (admitted *pro hac vice*)
anotaro@notaromichalos.com
John Zaccaria (admitted *pro hac vice*)
jzaccaria@notaromichalos.com
Bradley S. Corsello (admitted *pro hac vice*)
bcorsello@notaromichalos.com
NOTARO MICHALOS & ZACCARIA PC
100 Dutch Hill Road
Orangeburg, NY 10962
Telephone: 845-359-7700
Facsimile: 845-359-7798

Attorneys for Defendant/Counterclaimant,
E. MISHAN & SONS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>E. MISHAN & SONS, INC. d/b/a EMSON,<br><br>    Defendant. | CASE NO. CV 12-1718 R (AJWx)<br><br>Assigned to Hon. Manuel L. Real<br>Complaint Filed: February 29, 2012<br><br>**ORDER RE:**<br>**STIPULATED DISMISSAL WITH PREJUDICE** |
| E. MISHAN & SONS, INC. d/b/a EMSON,<br><br>    Counterclaimant,<br><br>  v.<br><br>HOMELAND HOUSEWARES, LLC,<br><br>    Counter-Defendant. | **JS-6** |

The Court, having considered the Stipulated Dismissal With Prejudice filed by Plaintiff/Counter-Defendant Homeland Housewares, LLC and Defendant/Counterclaimant E. Mishan & Sons, Inc. d/b/a Emson, IT IS HEREBY ORDERED that the Plaintiff's complaint and the Defendant's counterclaims are DISMISSED WITH PREJUDICE.

//

1

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 14, 2012  _____
Hon. Manuel L. Real
United States District Judge

2